June 26, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

KINGWOOD HOME HEALTH CARE, L.L.C. D/B/A HEALTH SOLUTIONS HOME HEALTH, Appellant

NO. 14-11-00368-CV                              V.

AMEDISYS INC. D/B/A/ AMEDISYS TEXAS, LTD., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, signed February 2, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee to pay all costs incurred in this appeal. We further order this decision certified below for observance.